1  Michael Schumacher (#262403)
   **RIGRODSKY & LONG, P.A.**
2  155 Jackson Street, #1903
   San Francisco, CA 94111
3  Telephone: (415) 855-8995
   Facsimile: (302) 654-7530
4  Email: ms@rl-legal.com

5  *Attorneys for Plaintiff*

6  *[Additional counsel on signature page]*

7  **UNITED STATES DISTRICT COURT**

8  **NORTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| HA TRUONG, On Behalf of Himself and All Others Similarly Situated, | Case No. 3:18-cv-01495 |
| Plaintiff, | CLASS ACTION |
| v. | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |
| BLACKHAWK NETWORK HOLDINGS, INC., ANIL D. AGGARWAL, RICHARD H. BARD, THOMAS BARNDS, STEVEN A. BURD, ROBERT L. EDWARDS, MOHAN GYANI, PAUL HAZEN, ROBERT B. HENSKE, TALBOTT ROCHE, ARUN SARIN, WILLIAM Y. TAUSCHER, and JANE J. THOMPSON, | JURY TRIAL DEMANDED |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to the individual claims asserted therein and without prejudice as to the Class. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: April 27, 2018 | **RIGRODSKY & LONG, P.A.** |
| 2 | | By: */s/ Michael Schumacher* |
| 3 | | Michael Schumacher (#262403) |
| | | 155 Jackson Street, #1903 |
| 4 | | San Francisco, CA 94111 |
| | | Telephone: (415) 855-8995 |
| 5 | | Facsimile: (302) 654-7530 |
| | | Email: ms@rl-legal.com |
| 6 | | |
| 7 | | Brian D. Long |
| | | 300 Delaware Avenue, Suite 1220 |
| 8 | | Wilmington, DE 19801 |
| | | Telephone: (302) 295-5310 |
| 9 | | Facsimile: (302) 654-7530 |
| | | Email: bdl@rl-legal.com |
| 10 | | *Attorneys for Plaintiff* |

2
PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL